BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00501 OWW |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DAVID AUSTIN MULLINS |
| v. | ) ) ) | |
| DAVID AUSTIN MULLINS, | ) ) | |
| Defendant. | ) ) | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to telephone numbers and residential addresses, as well as other forms of personal identification and financial information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, defendant David Austin Mullins, by and through his counsel of record Jim Elia ("Defense Counsel"), and plaintiff United

1  States of America, by and through its counsel of record, hereby agree
2  and stipulate as follows:
3      1.   This Court may enter protective orders pursuant to Rule
4  16(d) of the Federal Rules of Criminal Procedure, and its general
5  supervisory authority.
6      2.   This Order pertains to all discovery provided to or made
7  available to Defense Counsel by the United States in this case
8  (hereafter, collectively known as "the discovery").
9      3.   By signing this Stipulation and Protective Order, Defense
10 Counsel agrees not to share any documents that contain Protected
11 Information with anyone other than Defense Counsel and designated
12 defense investigators and support staff.  Defense Counsel
13 may permit the defendant to view unredacted documents in the
14 presence of his attorney, defense investigators and support staff.
15 The parties agree that Defense Counsel, defense investigators and
16 support staff shall not allow the defendant to copy Protected
17 Information contained in the discovery.  The parties agree that
18 Defense Counsel, defense investigators, and support staff may provide
19 the defendant with copies of documents from which Protected
20 Information has been redacted.
21     4.   The discovery and information therein may be used only in
22 connection with the litigation of this case and for no other purpose.
23 The discovery is now and will forever remain the property of the
24 United States Government.  At the conclusion of the case, Defense
25
26 Counsel will return the discovery to the Government or will certify
27 that it has been shredded.
28     5.   Defense Counsel will store the discovery in a secure place
   and will use reasonable care to ensure that it is not disclosed to

third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

    7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: 1/12/11                              BENJAMIN B. WAGNER
                                            United States Attorney

                                        By: /s/ Susan Phan
                                            SUSAN PHAN
                                            Assistant U.S. Attorney

Dated: 1/12/11                              /s/ Susan Phan for
                                            JIM ELIA
                                            Attorney for Defendant

    IT IS SO ORDERED.

**Dated:   January 13, 2011**                     **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE