1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600             FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT DAVID MULLINS
5

6
   UNITED STATES OF AMERICA       )    **CASE NO: 1:10 CR 00501 OWW**
7                    Plaintiff,   )
                                  )    **STIPULATION TO CONTINUE;**
8  vs.                            )    **ORDER THEREON**
                                  )
9  DAVID AUSTIN MULLINS           )
                     Defendant.   )
10 _____ )

11
        IT IS HEREBY STIPULATED by and between the parties through their respective counsel,
12
   Assistant United States Attorney Susan Phan, Counsel for the Government, and Jim T. Elia, Counsel
13
   for the Defendant DAVID AUSTIN MULLINS, that the status and change of plea date in this case
14
   be continued from March 14, 2011 at 9:00 a.m. to March 28, 2011 at 9:00 a.m. Counsel has received
15
   a plea agreement from the Government and needs time to review the plea agreement with Mr.
16
   Mullins.  The requested continuance will conserve time and resources for both counsel and the
17
   Court.
18
        The parties agree that the delay resulting from the continuance shall be excluded pursuant
19
   to the Speedy Trial Act, 18 U. S. C. Sections 316(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), and that
20
   good cause exists, and that the ends of justice served by the granting of such continuance outweigh
21
   the best interests of the public and the defendant in a speedy trial.
22
           .
23 DATED: March 9, 2011                    Respectfully submitted,

24

25                                         /s/ Jim T. Elia
                                           JIM T. ELIA, ATTORNEY
26                                         FOR DEFENDANT DAVID MULLINS

27
                                           /s/ Susan Phan
28                                         ASSISTANT U.S. ATTORNEY

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>         Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID AUSTIN MULLINS ) <br>         Defendant. ) <br> ) | **CASE NO: 1:10 CR 00501 OWW** <br><br> **ORDER** |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for DAVID AUSTIN MULLINS be continued from March 14, 2011 at 9:00 a.m. to March 28, 2011 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   March 9, 2011**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE