1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE THIELHORN
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. 1:10CR-00501-OWW
                                     )
12                  Plaintiff,       )   ORDER OF RESTITUTION
                                     )
13  v.                               )
                                     )
14                                   )
    DAVID AUSTIN MULLINS             )
15                                   )
                    Defendant.       )
16  _____ )

17

18      The United States having filed a Motion for Restitution, and the

19  Court being sufficiently advised in the premises,

20      IT IS ORDERED:  Restitution in the amount of $271.00 is hereby

21  imposed and is to be made payable to the following individuals in the

22  following amounts:

23      1)   Samuel Jessup, amount: $21.00;

24      2)   Heather Moles, amount: $150.00; and

25      3)   Joan Hartog, amount: $100.00.

26  ///

27  ///

28  ///

1

IT IS FURTHER ORDERED this imposition of restitution shall be incorporated into Defendant's Judgment & Commitment.

IT IS SO ORDERED.

**Dated:    July 6, 2011**                          **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE